OAKLAND CEMETERY, Respondent, *v.* THE CITY OF YONKERS, Appellant.

*Oakland Cemetery* v. *City of Yonkers,* 63 App. Div. 448, affirmed.
(Submitted October 5, 1905; decided October 24, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 10 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Francis A. Winslow* for appellant.

*William W. Scrugham* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur : CULLEN, Ch. J., BARTLETT, HAIGHT, VANN and WERNER, JJ.   Not voting : GRAY, J.   Absent : O'BRIEN, J.